# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>J. JUNG, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. CV-F-03-5942 OWW LJO P<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S REQUEST FOR COPIES<br><br>(Doc. 53) |

On April 21, 2005, plaintiff Lonnie Williams ("plaintiff"), a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed a request for copies of his motion for preliminary injunctive relief filed on May 4, 2004, the Findings and Recommendations filed on January 18, 2005, his original complaint, and his amended complaint.

The court will provide plaintiff with a copy of the docket in this case and the court's order and Findings and Recommendations filed on January 18, 2005. Plaintiff was previously notified that the court cannot provide copy services to plaintiff. (Doc. 33, First Info. Order, ¶ 3.) If plaintiff wishes to obtain copies of his filings, copies may be obtained at fifty cents per page.

Accordingly, plaintiff's request is GRANTED IN PART AND DENIED IN PART. The Clerk's Office shall send plaintiff a copy of the docket and court documents 46 and 47.

IT IS SO ORDERED.

**Dated:   April 25, 2005**             /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES MAGISTRATE JUDGE