1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    LONNIE WILLIAMS,                           CASE NO. CV-F-03-5942 OWW LJO P

10                    Plaintiff,               ORDER DIRECTING THE CLERK'S OFFICE
                                               TO SEND PLAINTIFF A COURTESY COPY
11         v.                                  OF THE FINDINGS AND
                                               RECOMMENDATIONS FILED ON MARCH
12   J. JUNG, et al.,                          18, 2005

13                    Defendants.              (Doc. 50)
                                          /
14

15        On March 18, 2005, the court issued a Findings and Recommendations recommending that

16   this action be dismissed.  Shortly thereafter, on March 22, 2005, plaintiff filed a notice of change of

17   address.  Although the Findings and Recommendations was not returned as undeliverable, due to the

18   timing of plaintiff's address change and the fact that plaintiff has not filed an objection, the court

19   deems it in the interest of justice to direct the Clerk's Office to send a courtesy copy of the Findings

20   and Recommendation to plaintiff and extend the objection period an additional thirty days.

21        Accordingly, the Clerk's Office is directed to send a courtesy copy of the Findings and

22   Recommendations, filed March 18, 2005, to plaintiff.  Further, the objection period is hereby

23   extended an additional **thirty (30) days** from the date of service of this order.

24   IT IS SO ORDERED.

25   **Dated:    June 14, 2005**                      **/s/ Lawrence J. O'Neill**
     i0d3h8                              UNITED STATES MAGISTRATE JUDGE
26

27

28