# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. JUNG, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:03-CV-5942-OWW-LJO-P<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME NUNC PRO TUNC TO AUGUST 19, 2005, VACATING FINDINGS AND RECOMMENDATIONS FILED ON MARCH 18, 2005, AND DISREGARDING ATTEMPT TO SEEK RECONSIDERATION<br><br>(Docs. 50 and 65) |

　　　　Plaintiff Lonnie Williams ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 18, 2005, the court issued a Findings and Recommendations recommending dismissal of this action based on plaintiff's failure to file a fourth amended complaint in compliance with the court's order of January 18, 2005. (Doc. 50.) On June 15, 2005, the court directed the Clerk's Office to send plaintiff a courtesy copy of the Findings and Recommendations and notified plaintiff that he had thirty days within which to file objections. (Doc. 62.) On July 5, 2005, plaintiff filed a motion seeking an extension of time to file objections. (Doc. 65.) On August 19, 2005, plaintiff filed objections and a fourth amended complaint. (Docs. 66, 67.)

　　　　The court shall grant plaintiff's motion for an extension of time nunc pro tunc to August 19, 2005, the date plaintiff filed his objections. Further, the court shall vacate the Findings and Recommendations recommending dismissal of this action, filed on March 18, 2005. Plaintiff's fourth amended complaint has been filed in and shall be considered in due course.

///

In his objections to the Findings and Recommendations recommending dismissal of this action, plaintiff also requests that Judge Wanger's order of March 15, 2005, which adopted the Findings and Recommendations filed on January 18, 2005 in full and denied plaintiff's motions for preliminary injunctive relief, be vacated. (Doc. 66, 3:24-25.) Plaintiff previously unsuccessfully sought reconsideration of this order. (Docs. 59, 64.) To the extent that plaintiff is attempting to seek reconsideration of Judge Wanger's order a second time, plaintiff must do so in a separate motion clearly identified as a second motion for reconsideration of Judge Wanger's order of March 15, 2005. Plaintiff's apparent attempt to seek reconsideration of the order, set forth in objections, shall be disregarded.

The court has reviewed plaintiff's objections and HEREBY ORDERS that:

1. Plaintiff's motion for an extension of time to file objections, filed July 5, 2005, is GRANTED nunc pro tunc to August 19, 2005;

2. The Findings and Recommendations recommending dismissal of this action, filed March 18, 2005, is VACATED;

3. Plaintiff's fourth amended complaint shall be screened in due course; and

4. Plaintiff's apparent attempt to seek reconsideration of Judge Wanger's order of March 15, 2005, is DISREGARDED.

IT IS SO ORDERED.

**Dated:   September 14, 2005**              /s/ Lawrence J. O'Neill
b9ed48                                        UNITED STATES MAGISTRATE JUDGE