UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS, | 1:03-cv-05942-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Docs. 73 and 74) |
| vs. | |
| J. JUNG, et al., | **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF, AND DISMISSING ACTION** (Doc. 70) |
| Defendants. | |

Plaintiff Lonnie Williams ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 15, 2005, the Magistrate Judge filed two Findings and Recommendations which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days. On January 6, 2006, plaintiff filed an objection to the Magistrate

///

1

Judge's Findings and Recommendations recommending dismissal of this action.

On January 23, 2006, Plaintiff, without leave of court, purported to file a fifth amended complaint. Perusal of the new unauthorized complaint reveals it does not state a claim. The fifth amended complaint must be stricken.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 15, 2005, are ADOPTED IN FULL;

2. Plaintiff's motion for preliminary injunctive relief, filed October 6, 2005, is DENIED; and

3. This action is DISMISSED, with prejudice, for plaintiff's failure to state a claim upon which relief may be granted.

4. Plaintiff's purported fifth amended complaint filed Without leave of court is STRICKEN.

IT IS SO ORDERED.

**Dated:  February 23, 2006**          **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE

2